

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2015

No. 04-15-00222-CV

**IN THE ESTATE OF** Carlos **AGUILAR**, Deceased

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2012-PB4-000048-L2
Honorable Jesus Garza, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED FOR WANT OF JURISDICTION.

We order that appellee Clarissa Aguilar recover her costs of appeal, if any, from appellants Vanessa Arce and Eudelia Aguilar.

It is so **ORDERED** on June 3, 2015.

_____
Marilyn Doyne Barnard

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2015.

_____
Keith E. Hottle, Clerk